# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2152
_____

United States of America,

*Plaintiff - Appellee,*

v.

Eric Singleton,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: January 27, 2016
Filed: January 29, 2016
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Eric Singleton appeals the district court's[1] order, entered after a hearing, committing Singleton for mental health care or treatment under 18 U.S.C. § 4245. Following careful review of the record, which included a treating psychologist's report containing the opinion that Singleton met the criteria for commitment, we conclude the district court's finding that Singleton was then in need of hospitalization for care or treatment is supported by a preponderance of the evidence, and is not clearly erroneous. *See* 18 U.S.C. § 4245(d) ( burden of proof); *United States v. Bean*, 373 F.3d 877, 879 (8th Cir. 2004) (standard of review). The judgment is affirmed, and counsel's motion to withdraw is granted.

_____

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.